# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STEVEN CRAIG GLICKMAN, on behalf of himself and all others similarly situated, *Plaintiff*, v. EXPERIAN INFORMATION SOLUTIONS, INC., *Defendant*. | Case No. 4:17CV470 Judge Mazzant/Judge Johnson |

## STATUS REPORT

Plaintiff, by his undersigned counsel, hereby apprises this Court of the status of the matter of *Clark v. Experian Info. Sol's, Inc.*, No. 3:16-cv-032-MHL (E.D. Va.), stating as follows:

1. This case is one of several class actions brought against Defendant in various jurisdictions alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x, with respect to Defendant's reporting and disclosure of public record information.

2. Previously, the parties apprised this Court that on September 6, 2018, a nationwide settlement had been reached in the matter of *Clark v. Experian Info. Sol's, Inc.*, No. 3:16-cv-032-MHL (E.D. Va.) ("*Clark* Settlement"), which would resolve all outstanding class claims in this matter. *See* Dkt. No. 24.

3. On September 19, 2018, this Court stayed this matter and ordered Plaintiff to file a status report no later than fourteen (14) days after the entry of any order pertaining to the approval of the *Clark* Settlement. Dkt. No 25.

4. On September 21, 2018, the Honorable M. Hannah Lauck granted preliminary approval of the *Clark* Settlement. *Clark*, No. 3:16-cv-032, Doc. 131 (E.D. Va. Sept. 21, 2018).

5. On February 1, 2019, Judge Lauck granted final approval of the *Clark* Settlement. *Clark*, No. 3:16-cv-032, Doc. 150 (E.D. Va. Feb. 1, 2019). A copy of the final approval Order is attached hereto as Exhibit A.

6. At this time, the parties are conferring about the appropriate avenue for the disposition of this and the several other similar matters still pending nationwide. Extending the existing stay by 30 days in this matter will allow the parties to effectuate that resolution.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the stay of this matter for an additional 30 days. Plaintiff proposes filing a status report on March 18, 2019 if this matter has not been dismissed pursuant to a stipulation of the parties prior to that date.

Dated: February 15, 2019						Respectfully submitted,

**STEVEN CRAIG GLICKMAN,**
*by his attorneys,*

*/s/ John Soumilas*
John Soumilas*
FRANCIS & MAILMAN, P.C.
1600 Market Street, 25th Floor
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jsoumilas@consumerlawfirm.com

* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, John Soumilas, do hereby certify that a true and correct copy of the foregoing **Status Report** was electronically filed on the date below. All counsel of record received notice and a copy of same via the CM/ECF system.

Dated: February 15, 2019               */s/ John Soumilas*
                                       John Soumilas